IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Chester Community Charter : 
School, : 
     Petitioner : 
          : No. 1180 C.D. 2015
     v. : 
          : 
Unemployment Compensation : 
Board of Review, : 
     Respondent : 

## *ORDER*

AND NOW, this 28th day of April, 2016, it is ORDERED that the above-captioned opinion filed February 17, 2016, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
PATRICIA A. McCULLOUGH, Judge